\*\*Original filed 6/16/06\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES BOYD, | ) | No. C 06-1724 JF (PR) |
| Plaintiff, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| JAMES LARGE, | ) | |
| Defendant. | ) | |

Plaintiff, proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 against James Large, a prison employee at Red Onion State Prison in Pound, Virginia. Because the Defendant is located in Wise County, Virginia, which lies within the venue of the Western District of Virginia, venue properly lies in that district and not in this one. See 28 U.S.C. §§ 127, 1391(b).

This case is therefore TRANSFERRED to the United States District Court for the Western District of Virginia. See 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon Plaintiff's motions for leave to proceed in forma pauperis (docket nos. 3, 4). The Clerk shall terminate all pending motions and transfer the entire file to the Western District of Virginia.

IT IS SO ORDERED.

DATED:     6/16/06

JEREMY FOGEL
United States District Judge

Order of Transfer
P:\pro-se\sj.jf\cr.06\Boyd724trans         1

1  A copy of this order was mailed to the following:

2

3  James Boyd
   226451
4  Red Onion State Prison
   P.O. Box 1900
5  Pound, VA  24279

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Transfer
P:\pro-se\sj.jf\cr.06\Boyd724trans            2